UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARIE J. RUEST,

        Plaintiff,

    -v-

MONROE COUNTY SHERIFF'S DEPARTMENT,
MONROE COUNTY SHERIFF'S DEPUTIES PETER
CHARISSIS and DEPUTY SERGEANT DICANN,

        Defendants.

DECISION AND ORDER
12-CV-6551L



-PS-O-

---

Plaintiff Marie J. Ruest filed a *pro se* action seeking relief under 42 U.S.C. § 1983 and other statutes on October 12, 2012 (Docket No. 1) and has requested permission to proceed *in forma pauperis* (Docket No. 2). Plaintiff alleges that on September 25 and 26, 2012, the defendants, Monroe County Sheriff's Department, Monroe County Sheriff's Deputy Peter Charissis and Deputy Sergeant DiCann, violated her constitutional rights when, among other things, she was subjected to an illegal search and seizure of property without a warrant and malicious and selective prosecution and which denied her due process and equal treatment, causing her mental, physical and emotional pain and suffering. For the reasons discussed below, this action will be reassigned to District Judge Charles J. Siragusa.

On October 9, 2012, Nicholas J. Hirsch, plaintiff's house mate, filed an action, 12-CV-6545CJS, alleging, among other claims, that on September 25 and 26, 2012, the defendants, Monroe County Sheriff's Department, Monroe County Sheriff's Deputy Peter Charissis and Deputy Sergeant DiCann, violated her constitutional rights when, among other things, she was

subjected to an illegal search and seizure of property without a warrant and malicious and selective prosecution and which denied her due process and equal treatment, causing her mental, physical and emotional pain and suffering. In order to avoid the risk of inconsistent orders or judgement with regard to the same occurrence or events, this action is hereby transferred to Judge Siragusa, the judge to whom the first action was assigned.

The determination of the petitioner/plaintiff's motion for permission to proceed *in forma pauperis* has been left to Judge Siragusa.

IT IS SO ORDERED.

DAVID G. LARIMER
United States District Judge

DATED: November 1, 2012
Rochester, New York